IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

```
ALVIN PHILLIPS,                  :
                                 :
        Petitioner,              :
                                 :
vs.                              :   CIVIL ACTION 08-0707-KD-M
                                 :
GRANT CULLIVER,                  :
                                 :
        Respondent.              :
```

<u>JUDGMENT</u>

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

DONE this 5th day of February, 2009.

<u>/s/ Kristi K. DuBose</u>
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**